## WILLIAMS v STATE

Ohio Supreme Court

No 23170. Decided Feb 17, 1932

For full opinion see 124 Oh St 585; Oh Bar 3-22-32.

## N Y C RAILROAD CO v P U C

Ohio Supreme Court

No 23172. Decided Feb 3, 1932

For full opinion see 179 NE 739; 124 Oh St 549; Oh Bar 3-8-32.

## LAKE SHORE ELECTRIC RAILWAY CO v STATE ex MARTIN

Ohio Supreme Court

No 23191. Decided March 23, 1932

Marshall, CJ, Jones, Matthias, Allen, Kinkade and Stephenson, JJ, concur.
Full opinion will be published later. Watch **Omnibus Index.**